AARON D. FORD
 Attorney General
KYLE L. HILL, (Bar No.16094)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0429 (phone)
(702) 486-3773 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III, | Case No. 3:23-cv-00265-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| SMALLWOOD, *et al.*, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, James Edward Scott, III, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 21st day of May, 2024.　　　　DATED this 21st day of May, 2024

　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　　　By: /s/ Kyle L. Hill
JAMES EDWARD SCOTT, III　　　　　　　KYLE L. HILL (Bar No. 16094)
Plaintiff　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____ June 26 , 2024.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 25th day of June, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE,** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

> James Edward Scott #1207166
> C/O NNCC Law Librarian
> Northern Nevada Correctional Center
> P.O. Box 7000
> Carson City, NV 89702
> lawlibrary@doc.nv.gov

*[signature]*

An employee of the
Office of the Attorney General